UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL T. MADSEN, INC., d/b/a MADSEN
ELECTRIC, a Washington corporation,

        Plaintiff,

    v.

ABB, INC., a Delaware corporation; and
MWH CONSTRUCTORS, INC., a Delaware
corporation,

        Defendants.

No. C 08-5596 KLS

ORDER DENYING MOTION TO
EXCLUDE EVIDENCE

Plaintiff, Carl T. Madsen, Inc. filed a Motion to Exclude Evidence of MWH's Delay Claim (Dkt. 60 - 63). MWH Constructors filed its Response (Dkt. 65 - 67) and the Plaintiff filed its Reply (Dkt. 68 - 71). The Plaintiff's request to exclude evidence is based on Fed. R. Civ. P. 37 (c).

A request to exclude evidence is one of the most extreme sanctions available to the Court and should be granted only in appropriate cases. This is not one of those cases.

If, in fact, the Plaintiff is of the view that discovery has not been properly provided or that interrogatories have not been properly answered the appropriate motion would be one to compel which can only be scheduled after counsel have met and conferred. This is particularly true in light of the fact that discovery cut-off is June 15, 2010. This motion to exclude evidence was filed 7 months prior to discovery cut-off. There is ample time available for the issues raised to be resolved, either by agreement

Order
Page - 1

| | |
|---|---|
| 1 | or by motion before the court, prior to the discovery cut-off. |
| 2 | The Motion to Exclude Evidence (Dkt. 60) is DENIED. |
| 3 | DATED this 22nd day of January, 2010. |

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge