# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARL T. MADSEN, INC., d/b/a
MadsenElectric, a Washington corporation,

       v.

ABB, INC., a Delaware corporation; and
MWH CONSTRUCTORS, INC, a Delaware corporation

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5596KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Having reviewed the hours requested and the rates, the undersigned concludes that a reasonable attorney fee is **$7,688.80** and that is the total amount awarded to Madsen Electric.

   July 1, 2010  
Date

   BRUCE RIFKIN  
Clerk

   *s/CM Gonzalez*  
Deputy Clerk