UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

The Honorable Karen L. Strombom

| | |
|---|---|
| CARL T. MADSEN, INC., d/b/a MADSEN ELECTRIC, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABB INC., a Delaware corporation; and MWH CONSTRUCTORS, INC., a Delaware corporation,<br><br>Defendants. | NO. 08-CV-05596-KLS<br><br>ORDER GRANTING PLAINTIFF MADSEN ELECTRIC'S MOTION TO COMPEL RELEASE OF RETAINAGE |
| ABB INC., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CITY OF TACOMA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Third-Party Defendants. | |





THIS MATTER came before the Court on the Motion of Plaintiff Carl T. Madsen, d/b/a Madsen Electric ("Madsen Electric") to compel Defendant MWH Constructors, Inc. ("MWH") to release the retainage it withheld from Madsen for work on the Tacoma Central Treatment Plant Upgrade and Expansion Project ("Project") pursuant to RCW 60.28.011.

The Court having considered that Motion and its supporting Declarations and exhibits, and having considered all materials submitted in opposition thereto, the Court hereby orders as follows:

1. Defendant MWH shall immediately pay Madsen Electric the principal sum of $408,740.66, plus all additional retainage withheld from Madsen Electric on the Project pursuant to RCW 60.28.011. In the event Madsen Electric and MWH cannot agree on the amount of any additional retainage withheld over and above $408,740.66, they may apply to the Court to resolve their differences.

2. Within 10 days of the date of this Order, MWH shall submit an accounting to Madsen Electric of the interest earned on the $408,740.66 amount referred to in paragraph 1, and on any additional sum over and above $408,740.66, that is agreed upon, and shall pay such interest to Madsen Electric.

3. Madsen Electric's requests for additional interest and attorneys' fees are denied.

DATED this 14th day of September, 2010.

Karen L. Strombom
United States Magistrate Judge



Presented by:

**AHLERS & CRESSMAN PLLC**

By:______________________________
Paul R. Cressman, Jr., WSBA #7128
Douglas R. Roach, WSBA #21127
Ryan W. Sternoff, WSBA #37021
Attorneys for Carl T. Madsen, Inc., d/b/a Madsen Electric

ORDER GRANTING PLAINTIFF MADSEN ELECTRIC'S MOTION TO COMPEL RELEASE OF RETAINAGE – 3
105780.1 (#100056.3)

Ahlers&Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900 Fax: (206) 287-9902